194 So. 891

**Ode A. OSBORN v. STATE.**

4 Div. 517.

Court of Appeals of Alabama.

Nov. 14, 1940.

Rehearing Denied Jan. 9, 1940.

L. C. Rowell, of Elba, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.